# United States District Court
# Western District of North Carolina
# Statesville Division

| GRAYLIN HART KENION, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:15-CV-00015-FDW |
| vs. | ) | |
| K. KISER,<br>LARRY KIBY,<br>TIM KERLEY, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2015, Order.

Signed: May 14, 2015

Frank G. Johns, Clerk
United States District Court